**Christine Lano, Appellee, v. Yellow Cab Company, Appellant, Paul Williams, Appellee.**

Gen. No. 46,945.

First District, Second Division.
December 27, 1956.
Rehearing denied January 15, 1957.
Released for publication March 5, 1957.

Jesmer and Harris, and Michael A. Gerrard, for defendant-appellant; Joe Reiff, for appellee. Opinion by PRESIDING JUSTICE ROBSON. Not to be published in full.